IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY JOSEPH HAAG
ADC #141760                                                                                           PLAINTIFF

V.                                              4:10-cv-1970-DPM

BRANDY PEREZ, Parole Officer;
DALE OWENS, Supervisor,
Department of Community Correction;
JAMES O. COX, Judge,
Sebastian County; and
DANIEL SHU, Prosecuting Attorney,
Sebastian County                                                                                   DEFENDANTS

ORDER

Plaintiff, Rodney Joseph Haag, a prisoner in the North Central Unit of the Arkansas Department of Correction, filed a *pro se* § 1983 case alleging that Defendants violated his constitutional rights in filing criminal charges against him in Sebastian County, Arkansas. *Document No. 2.*

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b) (West 2006). All the Defendants

in this action reside in Sebastian County. And all the events giving rise to Haag's claim occurred in Sebastian County.

Sebastian County is in the Fort Smith Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case there. This case is therefore immediately transferred to the United States District Court for the Western District of Arkansas, Fort Smith Division. 28 U.S.C. § 1406(a) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 Jan. 2011